Patrick R. Day, P.C.
Holland & Hart LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
 pday@hollandhart.com

Scott Soper Barker
Kendra N. Beckwith
Tamera S. Westerberg
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
barker@wtotrial.com
westerberg@wtotrial.com
beckwith@wtotrial.com

ATTORNEYS FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES BELMONT, JOHN R. MIMICK and MARY T. MIMICK, and DENNEY & DENNEY CAPITAL, LLLP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP AMERICA PRODUCTION COMPANY,<br><br>Defendant. | Civil Action No. 13-cv-00063-NDF |

## NOTICE OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C. Local Rule 16.4, the Defendant BP America Production Company

hereby notifies the Court and opposing parties that the above named civil litigation case is:

_____ NON-COMPLEX   \_\_X\_\_\_ COMPLEX

DATED: April 9, 2013.

/s/ Patrick R. Day
Patrick R. Day, P.C.
Holland & Hart LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
E-mail: pday@hollandhart.com

Scott Soper Barker
Kendra N. Beckwith
Tamera S. Westerberg
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
barker@wtotrial.com
westerberg@wtotrial.com
beckwith@wtotrial.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Larry B. Jones**
  ljones@skelaw.com

    /s/ Patrick R. Day