Paul J. Hickey (WY# 5-1431)
O'Kelley H. Pearson (WY# 6-4232)
HICKEY & EVANS, LLP
1800 Carey Ave., Suite 700
P.O. Drawer 467
Cheyenne, WY  82003-0467
phickey@hickeyevans.com
kpearson@hickeyevans.com
Telephone: 307-634-1525
Facsimile: 307-638-7335

Joseph R. Gunderson *(Pro Hac Admission)*
Rex A. Sharp *(Pro Hac Admission)*
Barbara C. Frankland *(Pro Hac Admission)*
David E. Sharp *(Pro Hac Admission)*
GUNDERSON, SHARP & WALKE LLP

Paul R. Gwilt *(Pro Hac Vice Admission)*
Bartholomew L. McLeay *(Pro Hac Vice Admission)*
Richard A. Olmstead *(Pro Hac Vice Admission)*
KUTAK ROCK LLP

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES BELMONT, JOHN R. MIMICK AND MARY T. MIMICK, and DENNEY & DENNEY CAPITAL, LLP, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>BP AMERICA PRODUCTION COMPANY,<br><br>Defendants. | Case No. 13-CV63-F |

**NOTICE OF COMPLEXITY**

1

Pursuant to U.S.D.C.L.R. 16.4, the Plaintiffs, James Belmont, John R. Mimick and Mary T. Mimick and Denney & Denney Capital, LLP, hereby notify the Court and the opposing party that the above named civil case is:

_____        Non-Complex
\_\_\_X\_\_\_        Complex

DATED this 7th day of May, 2013.

                                                                             */s/ Paul J. Hickey*
Paul J. Hickey (WY# 5-1431)
O'Kelley H. Pearson (WY# 6-4232)
HICKEY & EVANS, LLP
1800 Carey Ave., Suite 700
P.O. Drawer 467
Cheyenne, WY  82003-0467
phickey@hickeyevans.com
kpearson@hickeyevans.com
Telephone: 307-634-1525
Facsimile: 307-638-7335

Joseph R. Gunderson *(Pro Hac Vice Admission)*
GUNDERSON, SHARP & WALKE LLP
321 East Walnut Street, Suite 300
P.O. Box 6010
Des Moines, IA 50309
Telephone: 515-288-0219
Facsimile: 515-288-0328
jgunderson@midwest-law.com

Rex A. Sharp *(Pro Hac Vice Admission)*
Barbara C. Frankland *(Pro Hac Vice Admission)*
GUNDERSON, SHARP & WALKE LLP
5301 W. 75th Street
Prairie Village, KS  66208
Telephone: 913-901-0505

2

Facsimile: 913-901-0419
rsharp@midwest-law.com
bfrankland@midwest-law.com

David E. Sharp *(Pro Hac Vice Admission)*
GUNDERSON, SHARP & WALKE LLP
712 Main Street, Ste. 1400
Houston, TX 77002
Telephone: 713-490-3822
Facsimile: 713-583-5448
dsharp@midwest-law.com

Paul R. Gwilt *(Pro Hac Vice Admission)*
Bartholomew L. McLeay *(Pro Hac Vice Admission)*
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
Telephone: 402-346-6000
Facsimile: 402-346-1148
paul.gwilt@kutakrock.com
bart.mcleay@kutakrock.com

Richard A. Olmstead *(Pro Hac Vice Admission)*
KUTAK ROCK LLP
1605 North Waterfront Parkway, Suite 150
Wichita, KS  67206
Telephone:  316-609-7900
Facsimile: 316-630-8021
richard.olmstead@kutakrock.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 7th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

  Patrick R. Day
  HOLLAND & HART
  pday@hollandhart.com

  Kendra Nychel Beckwith
  Scott S. Barker
  Tamera D. Westerberg
  WHEELER TRIGG O'DONNELL LLP
  beckwith@wtotrial.com
  barker@wtotrial.com
  Westerberg@wtotrial.com


          */s/ Linda Huckfeldt*
          HICKEY & EVANS, LLP